UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL H. GEBREHIWET,

    Defendant.

CR12-44 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's request, docket no. 55, for a jury trial concerning his alleged violations of the conditions of supervised release is DENIED. Contrary to defendant's assertion, *United States v. Haymond*, 139 S. Ct. 2369 (2019), does not require a jury trial prior to a revocation of supervised release pursuant to 18 U.S.C. § 3583(e). *Haymond* concerns whether the Fifth and Sixth Amendments to the United States Constitution mandate a jury trial before imposing, in connection with the revocation of supervised release under 18 U.S.C. § 3583(k), a new mandatory minimum sentence that is higher than the minimum sentence for the original conviction. *See id.* at 2378-80. In *Haymond*, the Supreme Court made clear that its decision does not apply to § 3583(e) and is limited to § 3583(k), which is not at issue in this matter. *See id.* at 2382 & n.7; *see also id.* at 2383-84. Defendant has not made the requisite showing that, if he is found to have committed the supervised released violations at issue, he might be subjected to a sentence that would, when combined with his previous period of incarceration, exceed the statutory maximum term of imprisonment for the original offense, namely possession of a stolen firearm.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of September 2019.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1